# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: SAMSON RESOURCES CORPORATION, | : : : | |
| Debtor. | : : : | |
| _____ | : : | |
| CALVIN D. WILLIAMS, | : : : | |
| Appellant, | : : | |
| v. | : : | C. A. 18-84-UNA BK No. 15-11934 BLS |
| SAMSON RESOURCES CORPORATION, | : : | BAP 18-00001 |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **16th** day of **January, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, an initial review by the Court occurred to determine the appropriateness of mediation in this matter. This is a least the second appeal in which a review occurred for the same parties. The prior review(s) resulted in removal of the matter from mandatory mediation;

WHEREAS, as a result of the above screening process, mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.

Through this Recommendation, the parties are advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(a) and D. Del. LR 72.1 on or before Wednesday, January 31, 2018.

Should the matter proceed through the appeals process, a scheduling order for briefing will be needed.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge