(BRIEF) 13 PAGES

FILED

FEB 0 5 2018   CK

US DISTRICT COURT
DISTRICT OF DELAWARE

I humbly seek to have this Court to take an objective look into my case. The kind of look that the Louisiana Supreme Court took when viewing the SUCCESSION OF MOLAISON CASE because there, they were **not** concerned with procedure but rather the **CIRCUMSTANCES SURROUNDING THE TRANSACTION THAT SUBSTANTIAL JUSTICE MIGHT BE METED OUT.**

Lastly in closing, the 1981 Title Opinion asks that **PROPER documentation be provided that shows: this family has been paid ALL INTERESTS, IN FULL, AND UP TO DATE.**

Plaintiff has examined (EXTENSIVELY) the 1981 Title Opinion for this document and no such document exists and it is our belief that this document **does not exist** for the reasons listed in this entire document as to WHY I am in front of this Honorable Court now.

(please note) this Plaintiff does not hold it against the Courts for the errors made before. The only way now that this can be made right is to APPLY the Louisiana Mineral Law, and make the debtors be held accountable for what has taken place:

Louisiana (2011) Revised Mineral Code RS 31:128, and their bill of sale is an: AS IS WITH ALL FAULTS/ CAVEAT EMPTOR.



1/13

View the 2016 Louisiana Laws | View Previous Versions of the Louisiana Laws

# 2011 Louisiana Laws
# Revised Statutes
# TITLE 31 — Mineral code

- RS 31 — Title 31.mineral code
- RS 31:1 — Title 31mineral code
- RS 31:2 — Relation to civil code
- RS 31:3 — Freedom of contract and limitations thereon
- RS 31:4 — The landowner's
- RS 31:5 — Ownership of solid minerals
- RS 31:6 — Right to search for fugitive minerals; elements of ownership of land
- RS 31:7 — Reduction of minerals to possession
- RS 31:8 — Rights of landowners to explore for and
- RS 31:9 — Correlative rights of owners of common reservoir or deposit
- RS 31:10 — Liability to others with interests in common reservoir or deposit
- RS 31:11 — Correlative rights of landowner and owner of a mineral right and between owners of mineral rights
- RS 31:12 — Protection of the landowner's rights
- RS 31:13 — Damages for removal of solid minerals
- RS 31:14 — Drainage of fugitive minerals; exclusion of liability; exceptions
- RS 31:15 — Creation of mineral rights
- RS 31:16 — Basic mineral rights; status as real rights
- RS 31:17 — Rescission for lesion beyond moiety unavailable
- RS 31:18 — The nature of mineral rights and
- RS 31:19 — Capacity to create mineral rights
- RS 31:20 — Authority to create mineral rights
- RS 31:21 — The mineral servitude
- RS 31:22 — Certain rights and obligations of mineral servitude owner
- RS 31:23 — Right of servitude owner to operate; protection thereof
- RS 31:24 — Who may create mineral servitudes
- RS 31:25 — Right of conditional landowner to create mineral servitude
- RS 31:26 — Usufructuary may not create mineral servitude



- RS 31:119 — The obligations of the lessor
- RS 31:120 — Lessor's warranty and limitation of liability for breach thereof
- RS 31:121 — Right of lessee to lease from adverse claimants
- RS 31:122 — The obligations of the lessee
- RS 31:123 — Rent and the obligation to make timely payment thereof
- RS 31:124 — Production in paying quantities required; definition
- RS 31:125 — Amount of royalties relevant to reasonableness of lessee's expectation
- RS 31:126 — Transactions involving the lessee's interest
- RS 31:127 — Lessee's right to assign or sublease
- RS 31:128 — Responsibility of assignee or sublessee to original lessor
- RS 31:129 — Assignor or sublessor not relieved of obligations or liabilities unless discharged
- RS 31:130 — Lease not divided by partial assignment or sublease
- RS 31:131 — Lessor must accept performance by assignee or sublessee
- RS 31:132 — Demands by lessor; effect on assignee or sublessee
- RS 31:133 — Termination and remedies for violation
- RS 31:134 — Right to relief for violation
- RS 31:135 — Rules of default applicable except as specified
- RS 31:136 — Written notice; requirement and effect on claims for damages or dissolution of lease
- RS 31:137 — Nonpayment of royalties; notice prerequisite to judicial demand
- RS 31:138 — Required response of lessee to notice
- RS 31:138.1 — Division order; precedence of lease; penalties for failure to pay royalties due
- RS 31:139 — Effect of payment in response to notice
- RS 31:140 — Effect of nonpayment in response to notice or failure to state cause therefor
- RS 31:141 — Dissolution not a favored remedy
- RS 31:142 — Dissolution may be partial or entire
- RS 31:143 — Summary eviction not applicable
- RS 31:144 — Leases involving outstanding mineral rights
- RS 31:145 — After-acquired title doctrine; applicability in absence of special clause
- RS 31:146 — The lessor's privilege
- RS 31:147 — Right to seize property on premises or within fifteen days of removal
- RS 31:148 — Manner of enforcement

3/
13

I would like to have just a moment to reflect on my case that I have been defending against the debtors Samson Resources. First and foremost, <u>it has always been my intent</u> to have the Court review my evidence that I submit in support of my allegations of FRAUD.

This Pro Se Plaintiff is without legal counsel and knows very little about the law. However, based upon the elementary principles of law that LADY JUSTICE wears a **Blindfold** and holds within her hands a set of **Scales** for weighing the evidence, and a **Sword** to administer swift Justice. This Plaintiff has been made aware that the Courts operate under the clean hands doctrine and it is this doctrine where I have placed my hope that the Courts TODAY does operate using this method.

I now come on bended knees (figuratively) beseeching this Honorable Court to view the evidence that I've submitted. This Oil Company has been cheating my family out of our PROPER INTERESTS in the minerals that (OUR OWN LAND) has been producing by what the 1949 Oil & Gas lease assigns to us. My research has revealed that this has been happening since the beginning. It is not right to take this family's share of what rightfully belongs to us.

4/13

Based upon my research this has been OBVIOUS & DIRECT, and not just on my word but the word of the LOUISIANA Mineral Codes, the 1981 Title Opinion which is a binding document/agreement, and the Louisiana Supreme Courts theory of the (5) key factors that make up UNJUST ENRICHMENT. I have two (2) different (independent) scenarios that the Court should use in determining **what the actual damages are** that should be awarded to this Plaintiff.

The first being: Is the Plaintiff owed 100% full rights based upon the mineral servitudes & lease being expired with the 1981 Title Opinions stand on the matter (or) the second being: Is the Plaintiff owed the TRUE 1/8 interest as assigned on the 1949 lease in EVERYTHING that has been produced. The DOJ/LAW holds that there are (several) things that **CANNOT** be dismissed through bankruptcy and **FRAUD** is among them. The debtors have yet to answer to this Plaintiffs assertion of FRAUD. Because they have the best lawyers that money can buy they are very adamant about the Court using procedure rather than FACT to give them a FREE RIDE.

This CANNOT be allowed to happen here where THE CLEAN HANDS DOCTRINE APPLIES. I am appealing to this Court for Justice.



SURELY procedure doesn't outweigh FRAUD. The lower Court dismissed my case because it failed to PROPERLY INVESTIGATE it and APPLY the PROPER LAWS to it. LOUISIANA MINERAL CODE governs Louisiana minerals and this is what law should be applied. That Mineral Code gives PROPER method for maintaining the minerals and Mineral transactions.

Bankruptcy is real and that's a fact, but a true bankruptcy doesn't give FRAUD a free clean wash. Whereas procedures are discounted, they should most assuredly be discounted when FRAUD IS ALLEGED... Please see the Louisiana Supreme Court Cases:

{SUCCESSION OF MOLAISON} 213 La 378, 34 so. 2d 897 (1948)

{BANKS –vs- JOHNS} 289 so. 2d 194 (LA. CT. APP 1973) &

{HIGGINS –vs- SPENCER} 531 so. 2d 768 (LA. CT. APP 1988)

- Where parties of somewhat **EQUAL** experience AND mental capacity enter into an engagement, the Courts are reluctant to disturb it **unless there is FRAUD.** However, **it IS the DUTY of the Courts** to CAREFULLY AND PAINSTAKINGLY investigate **THE CIRCUMSTANCES SURROUNDING TRANSACTIONS between A PERSON OF LIMITED mental capacity** and one **EXPERIENCED** in business affairs, IN ORDER that SUBSTANTIAL JUSTICE might be METED OUT.

6/13

The next six (6) pages following this one will tell of the **WHY** (WILL SEAMSTERS') mental capacity was what it was, and **WHY** his condition NEVER CHANGED. Further, **WHY** his Bloodlines' mental capacity was what it was and **WHY** it also was what it was for 100 PLUS YEARS before change came about because before then, **Southern** Blacks/African Americans DID NOT HAVE A REMEDY IN PLACE. (THIS IS TRUE AMERICAN HISTORY)

The 5th & 14th Amendment violations, the Breach of warranty/contract, the NOTARY PUBLICS conflict of interest, the Unconscionable taking of the minerals, and the UNJUST ENRICHMENT had already taken place when that change came about for this family. I have key documents that show and prove my allegations.

These direct violations have had a long-lasting negative impact on Will Seamsters Bloodline to the point that poverty, lack and need is all we've ever known.

Question: Does this Court have the necessary jurisdiction and power to right the wrong that has been done

Answer: YES, of course it does according to the Louisiana's Supreme Court Case (SUCCESSION OF MOLAISON) where CIRCUMSTANCES, not procedures matter.



7/13

It is not my motive to shake the Earth nor to make it tremble, but to merely bring to light the obvious notable Civil Infraction that has brought about a great deal of stresses, strains, and undue poverty-like lifestyles for this PLAINTIFF:

Beginning with the direct violation(s) of this PLAINTIFF (5th & 14th Amendment Rights) to the United States Constitution, and thereby setting off a chain of events that has led to an unjust enrichment for me and my family. Because Slavery and the effects of it that did not completely abolish in 1864, but rather a whole century (OR) 100 years later at the Civil Rights Act of 1964; many Blacks/African Americans have long been suffering at the hands of they who choose to not consider us an equal but rather as less than that of animals (Chattel to be exact) with many events still going on around the world even TODAY.

The 5th Amendment guarantees that: **NO STATE shall deny ANY PERSON LIFE, LIBERTY, OR PROPERTY without first: Due Process of Law.**

The 14th Amendment itself was added to: give BLACKS & Slaves who had been emancipated after the Civil war their CITIZENSHIP & EQUAL CIVIL AND LEGAL RIGHTS as that of Whites, thereby including them under the umbrella phrase, "all persons born or naturalized in the UNITED STATES."



It was because of Slavery and the long-lasting effects even after it was abolished that Blacks/African Americans have suffered loss of family, children, property, and some their very lives. It was Prohibited **(prohibited- that has been forbidden, banned)** for Southern **(southern- situated in the south/living in or originating from the south)** Blacks to obtain an education, and **the penalties were deadly for the violators.**

The Federal Census shows **(Washington & Alice Seamster)** who was **(Will Seamsters)** parents from the **(Southern state)** of Arkansas (circa- around about, roughly) 1865, and though the abolishment of Slavery declared them free from Slavery they were very much subject to the BLACK SLAVE CODES and JIM CROW LAWS which were finally outlawed by the (1964's) Civil Rights Act.

WASHINGTON & ALICE were prohibited from getting an education **(and the penalties were deadly),** and they enforced that law into their children and it was then enforced into their children, and it was then enforced in their children (in 1930, 15% of rural adult Blacks/African Americans had NO FORMAL schooling, and 48% had NEVER gone beyond the fifth grade, **(1930's Education Overview - American Decades, 2001 From U. S. History in Context)**


9/13

Will Seamster was born in Louisiana (**a Southern state**) around 1887, right in the heart of the Civil Injustices that (**Southern**) Blacks/African Americans faced even though Slavery was abolished some 20yrs prior. According to the Federal Census's of 1900 & 1930, Will Seamster had NO SCHOOLING, and he could NOT read or write. He was a farmer as many Blacks / African Americans were during those times. In 1929 by Gods' grace and mercy, he was able to obtain a plot of land for himself and his heirs.

He met and married (Lizzie Cooper) at some point because in September 1936 they divorced and he purchased her community interest in the property. (proper records keeping wasn't practiced for Blacks to include births, deaths, children, and marriages) perhaps it was because Blacks/African Americans were at one time considered only as (CHATTEL). It was around this time that insult was added to injury and an unjust enrichment began to form.

He was given a warranty and guarantee when he purchased the property in 1929, and it was in fact purchased with the seller reserving NO interests for himself. (none whatsoever) On my property deed in 1929 (Notary Public- Robert D. Watkins) wasn't the Notary but is in fact listed as a Notary in another sale/purchase on the same day. (an examination of both deeds will reveal the start of an unjust enrichment against my family)

10/13

The seller: THOMAS CRICHTON JR, who had the property **BEFORE** presenting it for sale to (WILL SEAMSTER), had every opportunity to reserve whatever interest he chose to have but failed to do so because undoubtedly, he himself viewed the property as nothing more than a 40-acre plot of land, (useless to him after the sale). At some point within the next seven (7) years along comes (3) individuals that took advantage of a poor illiterate Black/African American man who had **NO source of remedy in place for him**.

Here is more insult to injury added to the already obvious UNCONSCIONABLE dealings that Will Seamster had to endure:

**The seller** breached the warranty and guarantee that he gave when he sold the property seven (7) years prior, came back and took an interest in the minerals, and has three (3) wells on the property TODAY.

**The Notary Public** not only witnesses the sale/purchase, he also miraculously takes a hefty interest in the minerals for himself (1/80 in his favor), and still has that interest TODAY.

**The lessee** presented himself to this poor Black/African American man as (leroy Connell) when in fact his True name is (MARSHAL leroy CONNELL), did also take an interest in the minerals for himself (1/40 in his favor), and further did not sign the lease and still has that interest TODAY.

11/13

These three (3) individuals created for themselves some very UNCONSCIONABLE interests in minerals that WERE NOT THEIRS, with an Oil & Gas lease following in 1949. This lease assigns to (Will Seamster) an 1/8 interest in whatever the land produces. That 1/8 interest means that seven (7) others besides (Will Seamster) will profit from these minerals.

*__For illustration purposes only__*, I will use the (7 dwarfs + Will Seamster) to show how a total of eight (8) people will profit from these minerals, if this land produced forty-million (40M) dollars in minerals, the seven dwarfs + Will Seamster will have made a profit of five (5) million dollars EACH. This means that the eight (8) people involved will have divided the forty-million (40M) dollars and each man's share: (1)1/8=5M + (2)1/8=5M + (3)1/8=5M + (4)1/8=5M + (5)1/8=5M + (6)1/8=5M + (7)1/8=5M + (8)1/8=5M

When these eight (8) 1/8's are added up together the total comes to forty-Million (40M) or 5M per man X 8= 40M. This is __the true and correct formula__ that SHOULD have been used with __(Will Seamster) having a true 1/8 interest in his own minerals.__

But this formula was not used or practiced with him, and to carefully and painstakingly investigate this would reveal the following (5) elements that create UNJUST ENRICHMENT.

12/
13

## According to the LOUISIANA SUPREME COURT

The five (5) elements/factors are:

(1) AN ENRICHMENT,

(2) AN IMPOVERISHMENT,

(3) A CONNECTION BETWEEN THE ENRICHMENT AND THE IMPOVERISHMENT.

(4) AN ABSENCE OF JUSTIFICATION FOR THE ENRICHMENT AND IMPOVERISHMENT.    (AND)

(5) NO OTHER AVAILABLE REMEDY AT LAW


Within these six (6) pages the PLAINTIFF has in fact established the LOUISIANA SUPREME COURTS UNJUST ENRICHMENT THEORY.  At this time, it is our most humble prayer to these Honorable Courts that they carefully and painstakingly take another look at this case, not from the debtors' perspective because their whole entire case has been built up and carried out in FRAUD, no but instead with TRUTH AND HONESTY.


We ask in Gods' name for our family's sake.  We've only known poverty, lack, and need. Today, this day please give justice where it's due as if it were your own grandparents and this happened to you. WITH ALL DUE RESPECT TO THE COURTS.

13/13

*Calvin Williams*

1:18-CV-00084 RGA



FILED

FEB -5 2018

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# APPEXDIX

The Latin Phrase: **CAVEAT EMPTOR**

The Louisiana (2011) Revised Mineral Code Laws/Statutes:
**RS 31:128**

The Louisiana Supreme Court Theory of: **five (5) factors that constitute UNJUST ENRICHMENT**

The Louisiana Supreme Court Case: **Succession of Molaison**

The Clean Hands Doctrine: **Rule of law that a person coming to court with a lawsuit or petition for a court order must be free from unfair conduct, or done nothing wrong in regard to subject matter of their claim**

11 U. S Code (s/s) 523 **FRAUD cannot be discharged in a bankruptcy**



I certify that a complete copy has been mailed FIRST-CLASS to the following:

U S District Court

844 N. King St

Wilmington DE 19801


Third Circuit Court of Appeals

21400 U.S. Courthouse

601 Market St

Philadelphia PA 19106


Richards Layton & Finger

One Rodney Square

920 North King St

Wilmington DE 19801

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL




U.S. POSTAGE
PAID
HAMTRAMCK, M.
48212
FEB 02 18
AMOUNT
**$24.7(**
R2305K134128-12

1007    19801

# PRIORITY
## ★ MAIL ★
# EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**



FEB - 2018

U.S.
DISTRICT OF DELAWAR

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



EP13F July 2013   OD: 12.5 x 9.5



This envelope is made from post-consumer waste. Please recycle - again.



ELL7970788SUS

**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®



UNITED